NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GUY E. HORNE, JR., AND JAMES P. BARRY**

---

2012-1389
(Serial No. 10/766,295)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

BENJAMIN C. WHITE, St. Onge Steward Johnston & Reens, LLC, of Stamford, Connecticut, argued for appellants. With him on the brief were WESLEY W. WHITMYER, JR. and TODD M. OBERDICK.

MICHAEL S. FORMAN, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor. Of counsel was KRISTI L. R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 11, 2013                    /s/ Jan Horbaly
Date                              Jan Horbaly
                                  Clerk